IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREG GRISWOLD,

    Appellant,                                   JUDGMENT IN A CIVIL CASE

v.                                             Case No. 14-cv-718-jdp

BRENDA ZEDDUN, TRUSTEE,

    Appellee.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin.

| /s/ | 9/15/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |