NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

DOC NO
REC'D/FILED

2016 FEB 18 PM 1: 58

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

*In re: Laura Wierzbicki*, Debtor

Greg Griswold, Defendant- Appellant                          *File No. 14-CV-718-jdp*

v.

Brenda Zeddun, Trustee Plaintiff-Appellee

### *Notice of Appeal to the United States Court of Appeals for the Seventh Circuit*

Greg Griswold, the Defendant - Appellant, in what was a 3-13-193 adversary proceeding brought in the above captioned "In re:Wierzbicki" bankruptcy case, respectfully now appeals to the United States Court of Appeals for the Seventh Circuit, from the February 5th, 2016 Opinion and Order, and underlying adverse decisions previously reached by the Honorable District Court Judge James D. Peterson, of the Western District of Wisconsin, that was entered in this case on February 5th, 2016, denying reconsideration of its September 15th, 2015 Order appealing the final order dated August 14th, 2014 of the Western District Bankruptcy Court for Wisconsin. The parties to the Orders appealed from, and the names and addresses of their respective attorneys are as follows:

Greg Griswold, pro se                          Brenda Zeddun, Trustee
4019 Garfoot Road                              Law Advisors S.C.
Cross Plains, WI 53528                         2801 International Lane - Suite 205
                                               Madison, WI 53704

Signed and Dated this 16th day of February, 2016 by:

_____

Greg Griswold, Defendant-Appellant pro se
4019 Garfoot Road
Cross Plains, WI 53528
608-575-5114

cc: District Court's Clerk of Court & Trustee Brenda Zeddun as of today's date.